FILED

01/10/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0186

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                 O R D E R

JUSTIN ALLEN PETTIT,

     Defendant and Appellant.

_____

Appellant Justin Allen Pettit was granted an extension of time to file and serve the opening brief on or before December 30, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than February 10, 2025. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 10 2025